UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY NOLAN, | Case No.: 3:18-CV-00338-RCJ-WGC |
| Plaintiff, | ORDER |
| vs. | |
| STEVEN B. WOLFSON, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 16[1]) entered on November 13, 2018, recommending that the Court dismiss this action for failure to state a claim upon which relief may be granted. On November 29, 2018 and November 30, 2018, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF Nos. 17, 18).

This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---
[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Judge Cobb's Report and Recommendation (ECF No. 16), shall be ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Objections (ECF Nos. 17 and 18) to the Magistrate Judge's Report and Recommendation are **OVERRULED.**

IT IS FURTHER ORDERED that pending motions (ECF Nos. 9 and 10) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the subsequent motion to exceed page limitations (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 15th day of January, 2019.

_____
ROBERT C. JONES
Senior District Judge